# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN, and** | ) | |
| **RICHARD SHERMAN,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:04CV300** |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY; SUNSONG AMERICA, INC.; SHIU FUNG FIREWORKS CO. LTD.; WINCO FIREWORKS, INC. and WINCO FIREWORKS, INTERNATIONAL, LLC,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

As discussed during the status conference held on May 9, 2005,

**IT IS ORDERED** that the parties' Rule 16 planning conference is continued to August 8, 2005 at 9:00 a.m. Counsel shall contact chambers at 402-661-7340 at least one business day in advance if they wish to participate by telephone.

**DATED May 9, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**