# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHERMAN, and RICHARD SHERMAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV300 |
| vs. | ) ) | REPORT AND RECOMMENDATION |
| SHANGLI JIN XIN EXPORT FIREWORKS FACTORY; SUNSONG AMERICA, INC.; SHIU FUNG FIREWORKS CO. LTD.; WINCO FIREWORKS, INC. and WINCO FIREWORKS, INTERNATIONAL, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

For the reasons explained in the Order denying plaintiffs' MOTION TO DETERMINE SUFFICIENCY OF PROCESS ON DEFENDANT SHANGLI JIN XIN EXPORT FIREWORKS FACTORY and granting plaintiffs' MOTION FOR EXTENSION OF TIME TO DEMONSTRATE SERVICE ON DEFENDANT SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, I find that Robert J. Weaver, or Bob Weaver, was improperly associated with or added as a party to this case. Therefore,

**IT IS RECOMMENDED** that Mr. Weaver's pro se Motion to be removed from the case (Filing 38) be granted and that Mr. Weaver be terminated as an "Interested Party."

**DATED May 9, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**