IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN and** | ) | **Case No. 8:04CV300** |
| **RICHARD SHERMAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| **SHANGLI JIN XIN EXPORT** | ) | |
| **FIREWORKS FACTORY, INC.,** | ) | |
| **SUNSONG AMERICA, INC.,** | ) | |
| **SHIU FUNG FIREWORKS CO. LTD.,** | ) | |
| **WINCO FIREWORKS, INC. and** | ) | |
| **WINCO FIREWORKS,** | ) | |
| **INTERNATIONAL, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    This matter is before the Court on the Joint Stipulation of Plaintiffs Margaret Sherman and Richard Sherman ("Plaintiffs") and Defendant, Shangli Jin Xin Export Fireworks Factory, Inc. ("Shangli Jin Xin") that Defendant Shangli Jin Xin be given until May 20, 2005, to file an Answer to Plaintiffs' Amended Complaint.

    After consideration by the Court, it is hereby ordered that Defendant Shangli Jin Xin has until May 20, 2005, to file an Answer to Plaintiffs' Amended Complaint.

    **DATED May 13, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**