IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHERMAN, and RICHARD SHERMAN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV300 |
| v. | ) ) ) | |
| SUNSONG AMERICA, SHIU FUNG FIREWORKS, WINCO FIREWORKS, WINCO FIREWORKS INTERNATIONAL, and SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 77 be stricken from the record for the following reason:

- Duplicate document of number 78.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 77 from the record.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ Laurie Smith Camp
District Court Judge