# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN, and RICHARD SHERMAN,** | ) ) ) | |
| Plaintiffs, | ) ) | **8:04CV300** |
| vs. | ) ) ) | **SCHEDULING ORDER** |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY; SUNSONG AMERICA, INC.; SHIU FUNG FIREWORKS CO. LTD.; WINCO FIREWORKS, INC. and WINCO FIREWORKS, INTERNATIONAL, LLC,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

On the court's own motion,

**IT IS ORDERED** that the planning conference now set for August 8, 2005 at 9:00 a.m. is rescheduled to **August 8, 2005 at 1:30 p.m.** Counsel shall contact chambers at 402-661-7340 at least one business day in advance if they wish to participate by telephone.

**DATED July 20, 2005.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**