IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET SHERMAN and<br>RICHARD SHERMAN,<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNSONG AMERICA, INC., et al.,<br><br>            Defendants. | Case No. 8:04CV300<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were M. Coyle, D. Stubstad, D. Creadore, T. Kinney, and M. Daly. After reviewing the status of the case and so that the court will have the opportunity to rule on the Motion to Dismiss Party by defendant Sunsong America (#78) and the Motion to Dismiss by defendant Shangli Jin Xin Export Fireworks (#80),

    **IT IS ORDERED:**

    1. The Rule 16 planning conference is continued to **October 27, 2005 at 11:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

    Dated this 8th day of August 2005.

                                        BY THE COURT:

                                        s/ F. A. Gossett
                                        United States Magistrate Judge