IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARGARET SHERMAN, et al.,**  )<br>)<br>**Plaintiffs,**  )<br>)<br>vs.  )<br>)<br>**SUNSONG AMERICA, et al.,**  )<br>)<br>**Defendants.**  ) | 8:04CV300<br><br>ORDER |

This matter is before the court on plaintiff's motion for an extension of time to October 31, 2005 to respond to motions to dismiss filed by defendants Sunsong America, Inc. and Shangli Jin Xin Export Fireworks Factory, Inc. Considering the time frame involved, an expedited ruling is necessary. Upon consultation with Judge Smith Camp's chambers, and for good cause shown,

**IT IS ORDERED** that the motion of extension of time (#105) is granted. Plaintiffs are given until **October 31, 2005** to respond to the motions to dismiss (#78 & #80) filed by defendants Sunsong America, Inc. and Shangli Jin Xin Export Fireworks Factory, Inc.

**DATED September 22, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**