IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET SHERMAN, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUNSONG AMERICA, et al., )<br>)<br>Defendant. ) | Case No. 8:04CV300<br><br>**ORDER** |

On the Court's own motion due to a scheduling conflict, the time of the Rule 16 Planning Conference in this case will be moved.

**IT IS ORDERED** that the planning conference now scheduled for October 27, 2005 at 11:00 A.M., is continued to **October 27, 2005 at 1:30 P.M.** The planning conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and the court at (402) 661-7340.

Dated this 28th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge