IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET SHERMAN and RICHARD SHERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO. LTD., WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC,<br><br>    Defendants. | No. 8:04CV300<br><br><br><br>**ORDER** |

    This matter comes before the Court on Todd C. Kinney's Motion to Withdraw as counsel for Shiu Fung Fireworks Co. Ltd. (Filing 112). After giving consideration to the Motion and being fully advised in the premises,

    IT IS ORDERED the Motion to Withdraw (Filing 112) is hereby granted. The Clerk shall terminate the appearance of Todd C. Kinney as requested.

    DATED October 4, 2005.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge