IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASA

| | | |
|---|---|---|
| MARGARET SHERMAN and RICHARD SHERMAN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 8:04CV300 |
| SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, INC., SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO. LTD., WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC, | ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. AND | ) ) ) | |
| WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC, | ) ) ) ) | |
| Third Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| STANLEY KAPUSTA, LAURA KAPUSTA, HALE FIREWORKS, LLC, And ROBERT D. HALE, JANE HALE, LUCAS HALE, R. MITCHELL HALE and SUZYN HALE, d/b/a HALE'S FIREWORKS, | ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

This matter is before the Court pursuant to Plaintiffs' Unopposed Motion to Extend Deadlines to Respond to Defendants' Motions to Dismiss. Plaintiffs seek an order extending their deadline for responding to the motions to dismiss of Defendants Sunsong America, Inc. ("Sunsong America") and Shangli Jin Xin Export Fireworks Factory, Inc.

("Shangli Jin Xin").  Plaintiffs' motion indicates that Sunsong America and Shangli Jin Xin do not oppose the extension.  Accordingly,

IT IS ORDERED that Plaintiffs' Unopposed Motion to Extend Deadlines to Respond to Defendants' Motions to Dismiss is granted.  Plaintiffs are given until November 10, 2005 to respond to the motions to dismiss (Filing Nos. 78 & 80) filed by defendants Sunsong America and Shangli Jin Xin.

**DATED October 19, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**