IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHERMAN, and<br>RICHARD SHERMAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:04CV300 |
| v. | )<br>)<br>) | |
| SUNSONG AMERICA, SHIU FUNG<br>FIREWORKS, WINCO FIREWORKS,<br>WINCO FIREWORKS<br>INTERNATIONAL, and SHANGLI JIN<br>XIN EXPORT FIREWORKS FACTORY, | )<br>)<br>)<br>)<br>)<br>) | ORDER |
| Defendants. | )<br>) | |

This matter is before the court on its own motion regarding the Rule 16 conference set for October 27, 2005 at 1:30 p.m. In light of the fact that an extension has been granted to the plaintiffs to file their response to the defendants' Motions to Dismiss (#78) and (#80),

**IT IS ORDERED:**

1. The Rule 16 conference is continued to **Thursday, January 19, 2006 at 2:00 p.m.,** with the undersigned magistrate judge.

2. Counsel who wish to participate by telephone should so notify the opposing parties and the court at (402) 661-7340.

DATED this 24th day of October, 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge