# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:04CV300** |
| vs. | ) | |
| | ) | **ORDER** |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

At the request of attorney Donald E. Creadore, and for good cause shown,

**IT IS ORDERED** that the Rule 16 planning conference now set for January 19, 2006 is continued to **Thursday, January 26, 2006 at 2:30 p.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel shall contact chambers at 402-661-7340 at least one business day in advance if they wish to participate by telephone.

**DATED December 27, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**