# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:04CV300** |
| vs. | ) | |
| | ) | **ORDER** |
| **SHANGLI JIN XIN EXPORT** | ) | |
| **FIREWORKS FACTORY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER comes before the Court upon the Joint Motion to Extend Deadline for Plaintiffs and Defendants to File Expert Disclosures. For good cause shown,

IT IS HEREBY ORDERED that the Motion [165] is granted. Plaintiffs are granted an additional thirty (30) days from June 30, 2006 until July 31, 2006 to file their expert disclosures and Defendants are granted an additional thirty (30) days from July 31, 2006 to August 30, 2006. The deadline to disclose rebuttal experts will remain September 17, 2006.

**DATED June 28, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**