IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARGARET SHERMAN and RICHARD SHERMAN,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | **CASE NO. 8:04CV 300** |
| vs. )<br>) | **ORDER EXTENDING** |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO. LTD., WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC,** )<br>)<br>)<br>)<br>)<br>)<br>) | **FINAL PROGRESSION ORDER DEADLINES** |
| **Defendants.** ) | |

THIS MATTER is before the court on the parties' Joint Motion to Extend Final Progression Order Deadlines [172]. For good cause shown,

**IT IS ORDERED** that the Joint Motion to Extend Final Progression Order Deadlines [172] is granted, and the following deadlines contained in the Final Progression Order [152] are hereby extended:

   a. Defendants' deadline for filing their expert disclosures is extended from August 30 to September 30, 2006;

   b. Plaintiffs' deadline for filing their rebuttal expert disclosures is extended from September 17 to October 17, 2006;

   c. The Deposition deadline is extended from October 2 to November 2, 2006;

   d. The deadline for filing Motions for Summary Judgment is extended from October 2 to November 2, 2006.

**DATED August 25, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**