### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARGARET SHERMAN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **8:04CV300** |
| vs. ) | |
| ) | **AMENDED TRIAL ORDER** |
| **SHANGLI JIN XIN EXPORT FIREWORKS** ) | |
| **FACTORY, et al.,** ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the court on the parties' Joint Motion to Extend Final Progression Order Deadlines [189]. For good cause shown,

**IT IS ORDERED** that the Joint Motion to Extend Final Progression Order Deadlines [189] is granted, and the following deadlines are hereby extended:

a. The Discovery deadline is extended from November 2 to December 15, 2006;

b. The deadline for filing Motions for Summary Judgment is extended from November 2 to December 15, 2006; and

c. The parties have thirty (30) days to file a Reply to any Motion for Summary Judgment.

**DATED October 19, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**