## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN and RICHARD SHERMAN,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | 8:04CV300 |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, INC., SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO. LTD., WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC,** | ) ) ) ) ) ) ) ) | ORDER |
| **Defendants.** | ) | |

By letter [232], counsel for defendant, Shangli Jin Xin Export Fireworks Factory, requested an extension of time to file its pretrial disclosures and for permission to attend the final pretrial conference by telephone.

In this district, absent extraordinary circumstances, lead counsel for the parties are required to attend the final pretrial conference in person. *See* NECivR 16.2.

**IT IS ORDERED:**

1. Shangli Jin Xin Export Fireworks Factory is given an extension of time to **Monday, January 22, 2007** to file its pretrial disclosures.

2. Counsel's request to permission to attend the final pretrial conference by telephone is denied.

**DATED January 16, 2007.**

   **BY THE COURT:**

   **s/ F.A. Gossett**
   **United States Magistrate Judge**