IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET SHERMAN, and RICHARD SHERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> SUNSONG AMERICA, Inc., SHIU FUNG FIREWORKS, Co., LTD., WINCO FIREWORKS, Inc., WINCO FIREWORKS INTERNATIONAL, LLC., SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, and WILLIAM LU, <br><br> Defendants. | CASE NO. 8:04CV300 <br><br> ORDER |

This matter is before the Court on Plaintiffs' Motion for Leave to File Supplemental Index of Evidence in Opposition to Motions for Summary Judgment of Defendants Shangli Jin Xin, Winco, and Shiu Fung (Filing No. 257). The Court finds that Plaintiffs' Motion should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion for Leave to File Supplemental Index of Evidence in Opposition to Motions for Summary Judgment of Defendants Shangli Jin Xin, Winco, and Shiu Fung (Filing No. 257) is granted, and

2. The Plaintiffs' shall file the Supplemental Index of Evidence as a separate docket entry.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge