IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN, and RICHARD SHERMAN,** | ) ) ) | **CASE NO. 8:04CV300** |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) ) | |
| **SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO., LTD., WINCO FIREWORKS, INC., WINCO FIREWORKS INTERNATIONAL, LLC., SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, and WILLIAM LU,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The matter before the Court is the Plaintiffs' and Defendant Shiu Fung Fireworks Co., Ltd.'s joint Stipulation for Dismissal with Prejudice as to Defendant Shiu Fung Fireworks Co. Ltd. (Filing No. 368), in which the parties stipulate to the dismissal of Shiu Fung Fireworks Co., Ltd., with prejudice. I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice as to Defendant Shiu Fung Fireworks Co. Ltd. (Filing No. 368) is approved, and the relief requested therein is granted;

2. The above-captioned case is dismissed with prejudice as to the Defendant Shiu Fung Fireworks Co., Ltd; and

3. The parties shall pay their own costs and attorney fees as stated in Filing No. 368.

DATED this 23rd day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge