IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN and RICHARD SHERMAN,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV300 |
| vs. | ) ) | ORDER |
| **WINCO FIREWORKS, INC.,** | ) ) | |
| Defendant. | ) | |

A telephonic status conference hearing was held on August 26, 2008. Michael Coyle represented the plaintiff and Mark Daly represented the defendant. Progression of the case was reviewed.

**IT IS ORDERED:**

1. The progression of the case is stayed until **September 30, 2008,** and the parties to this action are hereby required to mediate all pending claims in accordance with the Mediation Plan for the United States District Court for the District of Nebraska.

2. Counsel shall confer and advise the court **no later than September 15, 2008,** of the identity and address of their chosen mediator.

3. Within five days following the completion of the parties' settlement meeting, the Plaintiff's counsel shall **electronically file a status report** advising whether the case has been settled.

4. Following such notification, the Court will establish a new progression order, if needed.

Dated this 26th day of August 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge