IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHERMAN and<br>RICHARD SHERMAN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WINCO FIREWORKS<br>INTERNATIONAL, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:04cv300<br><br><br><br>**ORDER** |

Upon notice of successful mediation given to the magistrate judge by Michael Coyle, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 3, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 3rd day of October 2008.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　United States Magistrate Judge