# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARGARET SHERMAN and RICHARD SHERMAN,** | ) ) ) | **CASE NO. 8:04CV300** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| **SHANGLI JIN XIN EXPORT FIREWORKS FACTORY, SUNSONG AMERICA, INC., SHIU FUNG FIREWORKS CO. LTD., WINCO FIREWORKS, INC. and WINCO FIREWORKS INTERNATIONAL, LLC,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the remaining parties' Stipulation for Dismissal. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal (Filing No. 403) is approved;

2. The Second Amended Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge