IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHERMAN et al., | ) | Case No.  8:04CV300 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| WINCO FIREWORKS, INC., et al., | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

      Defendant's Exhibit No. 305-306      Trial      3/13-16/2007

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 29th day of April, 2011.

BY THE COURT'

s/ Laurie Smith Camp
United States District Judge